# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>       v.<br><br>PERPAY, INC.,<br><br>                Defendant. | Civil Action No.: 2:25-cv-00326-JMY |

## STIPULATION TO SUBSTITUTE COUNSEL

Pursuant to Rule 5.1(b) of the Local Rules of Civil Procedure for the U.S. District Court for the Eastern District of Pennsylvania, the undersigned counsel hereby stipulate and consent to the substitution of the law firms of Bochetto & Lentz P.C. and Paul, Weiss, Rifkind, Wharton & Garrison LLP, by and through the undersigned attorneys, as counsel of record for defendant Perpay Inc. in the above-captioned action and in place of the law firm of Goodwin Procter LLP.  As such, Goodwin Procter LLP should be permitted to withdraw as counsel of record.

Dated:  Philadelphia, Pennsylvania
          May 30, 2025

**GOODWIN PROCTER LLP**

*s/Christina Hennecken*

W. Kyle Tayman (*pro hac vice*)
Christina Hennecken (*pro hac vice*)
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Fax: (202) 346-4444
Email: KTayman@goodwinlaw.com
CHennecken@goodwinlaw.com

Thomas M. Gallagher (55984)
3025 John F. Kennedy Boulevard, 8th Floor
Philadelphia, PA 19104
Phone: (215) 981-4068
Fax:
Email: TGallagher@goodwinlaw.com

**BOCHETTO & LENTZ P.C.**

*s/Kean C. Maynard*

Kean C. Maynard (327794)
1524 Locust Street
Philadelphia, PA 19102
Phone: (215) 735-3900
Fax: (215) 735-2455
Email: kmaynard@bochettoandlentz.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

*s/Robert Y. Sperling*

Robert Y. Sperling (*pro hac vice* application
forthcoming)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3148
Fax: (212) 757-3990
Email: rsperling@paulweiss.com

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_s/Kean C. Maynard_
Kean C. Maynard