**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON, on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>PERPAY, INC.,<br><br>       Defendant. | Civil Action No.: 2:25-cv-00326-JMY |

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

  **IT IS** on this ___ day of _____, 2025, upon consideration of Defendant Perpay Inc.'s ("Perpay") stipulation to substitute counsel, hereby **ORDERED** that Kean C. Maynard of Bochetto & Lentz P.C. and Robert Y. Sperling of Paul, Weiss, Rifkind, Wharton & Garrison LLP are substituted as counsel of record for Perpay; and

  **IT IS FURTHER ORDERED** that W. Kyle Tayman, Christina Hennecken, and Thomas M. Gallagher of Goodwin Procter LLP are withdrawn as counsel of record for Perpay.

  **SO ORDERED.**

                       _____
                       Hon. John Milton Younge, U.S.D.J.