IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:25-cv-00326-JMY

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, __Robert Y. Sperling__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Perpay Inc.__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| New York | 10/14/2022 | 5976378 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| Illinois | 10/24/1972 | 2688093 |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| SEE EXHIBIT A | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* __Defendant Perpay Inc.__

*Name of Attorney:* __Robert Y. Sperling__

*Firm Address:* __Paul, Weiss, Rifkind, Wharton & Garrison LLP__

*Telephone Number:* __+1 (212) 373-3148__

*Email Address:* __rsperling@paulweiss.com__

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on** __05/30/2025__       _____/s/ Robert Y. Sperling_____
*(Date)*                                  *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Robert Y. Sperling_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Kean C. Maynard | *[signature]* | 11/01/2019 | 327794 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102

kmaynard@bochettoandlentz.com

(215) 735-3900

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __05/30/2025_____     _____*[signature]*_____
          (Date)                                                                      (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON on behalf of themselves and others similarly situated, | : : : | Case Number: 2:25-cv-00326-JMY |
| Plaintiffs | : | |
| v. | : | |
| Perpay Inc. | : : | |
| Defendant | | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of __Robert Y. Sperling__,
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed
order, which, if granted, would permit such practice in this court was served on as follows:

I hereby certify that the foregoing document was served upon all counsel of record on May 30, 2025 via the Court's ECF system.

_Robert Y. Sperling_
(Signature of Attorney)

Robert Y. Sperling
(Name of Attorney)

Perpay Inc.
(Name of Moving Party)

05/30/2025
(Date)

## **EXHIBIT A:  Federal Court Admissions**

| Court Where Admitted | Admission Date | Attorney Identification No. |
|---|---|---|
| U.S. Supreme Court | 01/09/1978 | N/A |
| U.S. Court of Appeals, 2nd Cir. | 12/07/2006 | N/A |
| U.S. Court of Appeals, 7th Cir. | 03/27/1975 | N/A |
| U.S. District Court, Eastern District of New York | 10/31/2022 | N/A |
| U.S. District Court, Eastern District of Wisconsin | 06/04/1999 | N/A |
| U.S. District Court, Northern District of Illinois | 11/21/1972 | N/A |
| U.S. District Court, Southern District of New York | 10/25/2022 | N/A |
| U.S. District Court, Western District of Wisconsin | 06/07/1999 | N/A |