IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON on behalf of themselves and others similarly situated, | : | Case Number: 2:25-cv-00326-JMY |
| Plaintiffs | : | |
| v. | : | |
| Perpay Inc. | : | |
| Defendant | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add __Robert Y. Sperling__, Esquire as counsel for __Perpay Inc.__. Robert Y. Sperling is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
Hon. John Milton Younge, U.S.D.J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).