**<u>CERTIFICATE OF SERVICE</u>**

       I certify that on May 30, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                *<u>s/Kean C. Maynard</u>*
                                                Kean C. Maynard