## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PERPAY, INC.<br><br>    Defendant. | NO. 2:25-cv-00326- JMY |

## NOTICE OF SETTLEMENT

Plaintiffs Andrew McGonigle and Sheri Brockington hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiffs' individual claims within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: April 28, 2025

PLAINTIFFS, on behalf of themselves and others similarly situated,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice* Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com