IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE and SHERI ANN BUTLER BROCKINGTON on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERPAY, INC.,<br><br>Defendant. | NO. 2:25-cv-00326-JMY |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Andrew McGonigle and Sheri Brockington hereby give notice of the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: June 4, 2025

PLAINTIFFS, on behalf of themselves and others similarly situated,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice* Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com