IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW JAMES MCGONIGLE,** et al., | : | |
| On behalf of all others similarly situated, | : | No.   25-cv-0326-JMY |
| | : | |
| vs. | : | |
| | : | |
| **PERPAY, INC.,** | : | |

**ORDER**

**AND NOW**, this 5th day of June, 2025, upon consideration of the *Notice of Voluntary Dismissal* (ECF No. 30) under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and *Notice of Settlement* (ECF No. 28) filed by Plaintiffs, it is hereby **ORDERED** that the above-captioned action is **DISMISSED** with prejudice as to Plaintiffs' individual claims.  Each party shall bear its own attorneys' fees and costs.

The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED**.

**BY THE COURT**:

  /s/ John Milton Younge  
Judge John Milton Younge